IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

Plaintiffs,

v.

O'DANIEL TRUCKING COMPANY,

Defendant.                                           No. 06-CV-0957-DRH

## ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's motion for voluntary dismissal (Doc. 14). Said motion is **GRANTED**. The Court **DISMISSES without prejudice** Plaintiff's cause of action.

**IT IS SO ORDERED.**

Signed this day 26th of February, 2007.

/s/    David   RHerndon
**United States District Judge**